**Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00438-CV

_____

**THERESA D. BURNETT, Appellant**

**V.**

**MARIA D. RIOS AND HECTOR L. RIOS, Appellees**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-15298**

## O R D E R

Appellant's brief was due October 2, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 10, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM